# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:   §
         §
BURKE, PATRICK H   §   Case No. 10-56571
         §
         Debtor(s)   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 11/15/2012 in Courtroom 250,
United States Courthouse
c/o Kane County Courthouse
100 S. 3rd St., Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/07/2012                    By: Kenneth S. Gardner
                                                Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
BURKE, PATRICK H § Case No. 10-56571
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,050.22 |
| and approved disbursements of | $ | 125.00 |
| leaving a balance on hand of[1] | $ | 5,925.22 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,355.02 | $ 0.00 | $ 1,355.02 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 62.77 | $ 0.00 | $ 62.77 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,417.79 |
| Remaining Balance | | $ | 4,507.43 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 166,870.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | BMT Leasing Inc | $ 26,013.95 | $ 0.00 | $ 702.68 |
| 000004 | American Express Bank, FSB | $ 15,169.13 | $ 0.00 | $ 409.74 |
| 000005 | American Express Bank, FSB | $ 12,772.75 | $ 0.00 | $ 345.01 |
| 000006 | US BANK N.A. | $ 23,779.72 | $ 0.00 | $ 642.33 |
| 000007 | Leaf Funding, Inc | $ 31,638.99 | $ 0.00 | $ 854.62 |
| 000008 | Pawnee Leasing Corporation | $ 18,854.70 | $ 0.00 | $ 509.29 |
| 000009 | Balboa Capital | $ 38,641.27 | $ 0.00 | $ 1,043.76 |

Total to be paid to timely general unsecured creditors         $         4,507.43

Remaining Balance                                              $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-56571-MB
Patrick H Burke                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams              Page 1 of 3              Date Rcvd: Oct 09, 2012
                              Form ID: pdf006              Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2012.
```
db            Patrick H Burke,    1320 W. Indian Trail Rd.,    Apt #10-07,    Aurora, IL   60506
aty          +Lisa A Coffey,    5 W Merchants Dr,   Oswego, IL 60543-9456
16585619      AAA Financial Services,    Attn Bankruptcy Dept,    PO Box 15026,   Wilmington, DE 19886-5026
16585620     +Adv Phys Med of Yorkville,    624 W Veterans Pkwy Ste A,    Yorkville, IL 60560-4567
16585623     +American Express,    NCO Financial Systems, Inc.,    507 Prudential Rd.,   Horsham, PA 19044-2368
16585622      American Express,    Attn Bankruptcy Dept,    PO Box 981531,   El Paso, TX 79998-1531
18358694      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
16585625     +Associated Bank N.A.,     c/o Chuhak & Tecson, P.C.,    30 S Wacker Dr., Suite 2600,
               Chicago, IL 60606-7512
16585626     +Associated Bank, N.A.,     401 E. Kilbourn Ave.,    Milwaukee, WI 53202-3212
18306632     +BMT Leasing Inc,    Barbara L Farley, Esquire,    PO Box 53659,   Philadelphia, PA 19105-3659
16585630      BMT Leasing, Inc.,    P.O. Box 692,   Bryn Mawr, PA 19010-0692
16585627     +Balboa Capital,    2010 Main St., 11th Floor,    Irvine, CA 92614-7273
16642427     +Bank of America,    NC1-001-07-06 ATTN Jakob Friedman,    101 N Troyon St,
               Charlotte, NC 28255-0001
16585628      Bank of America,    Attn Bankruptcy Dept,    PO Box 21848,   Greensboro, NC 27420-1848
16585629     +Bank of Montgomery,    1333 Douglas Ave.,    Montgomery, IL 60538-1692
16585631    ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court:    Capital One,    c/o TSYS Debt Management,    P.O. Box 5155,
               Norcross, GA 30091)
16585632     +Capital One, N.A.,    c/o American Infosource,    P.O. Box 54529,   Oklahoma City, OK 73154-1529
16585633      Captial One,    Attn: Bankruptcy Dept.,    P.O. Box 85167,   Richmond, VA 23285-5167
19355225      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,   Greensboro, NC 27410
16585637     +Financial Pacific Leasing, LLC,    3455 S 344th Way, Suite 300,    Auburn, WA 98001-9546
16585638     +Leaf Funding, Inc.,    P.O. Box 644006,    Cincinnati, OH 45264-0309
16585639     +Messerli & Kramer P.A.,    3033 Campus Dr. #250,    Plymouth, MN 55441-2662
16585640    #+Nationwide Recovery Systems,    2304 Tarpley Rd, Ste 134,    Carrollton, TX 75006-2470
16585641      Orchard Village Apartments,    1320 W. Indian Trail Rd.,    Aurora, IL 60506
16585642     +Patrick's Fine Food & Spirits,    1941 W. Galena Blvd.,    Aurora, IL 60506-4305
16585643     +Patrick's Finer Foods & Spirits,    1941 W. Galena,    Aurora, IL 60506-4305
16585644      Patrick's Finer Foods & Sprirts,    1941 W Galena Blvd,    Aurora, IL 60506-4305
16585645     +Patrick's Pub,    1941 W. Galena Blvd.,    Aurora, IL 60506-4305
16585647     +U.S. Bancorp,    1550 American Blvd. E, Suite 450,    Bloomington, MN 55425-1148
18461806    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:    US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
               CINCINNATI, OH 45201-5229)
16725156     +US Bancorp Equipment Finance, Inc.,    Attn: Bkcy Dept,    1310 Madrid St. Suite 101,
               Marshall, MN 56258-4002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16585621      E-mail/Text: bkr@cardworks.com Oct 10 2012 02:31:41     Advanta,    P.O. Box 844,
               Spring House, PA 19477-0844
16585634     +E-mail/Text: lweidhaas@dyckoneal.com Oct 10 2012 02:58:52      Dyck-O'Neal, Inc.,    PO Box 13370,
               Arlington, TX 76094-0370
18514008     +E-mail/Text: bankruptcyaccounts@resourceamerica.com Oct 10 2012 02:31:49      Leaf Funding, Inc,
               2005 Market Street 14th Floor,    Philadelphia, PA 19103-7009
16585646     +E-mail/Text: BANKRUPTCY@PAWNEELEASING.COM Oct 10 2012 02:31:07      Pawnee Leasing Corporation,
               700 Centre Ave.,    Fort Collins, CO 80526-1842
                                                                                               TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16585624*     American Express,    Attn: Bankruptcy Dept.,    P.O. Box 981531,   El Paso, TX 79998-1531
18358695*     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
16585648*   ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:    US Bank/NA ND,    Attn: Bankruptcy Dept.,    101 5th St. E  Suite A,
               Saint Paul, MN 55101)
16585635   ##+Envision Capital Group LLC,    5140 Birch St., 2nd Fl,    Newport Beach, CA 92660-2174
16585636   ##+Envision Capital Group, LLC,    5140 Birch St.,    Newport Beach, CA 92660-2174
                                                                                TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dwilliams           Page 2 of 3              Date Rcvd: Oct 09, 2012
                              Form ID: pdf006           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 11, 2012**                    **Signature:**      *Joseph Speetjens*

```
District/off: 0752-1          User: dwilliams              Page 3 of 3                  Date Rcvd: Oct 09, 2012
                              Form ID: pdf006              Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2012 at the address(es) listed below:

```
              Joseph  Voiland    jrvoiland@sbcglobal.net,   jvoiland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard G Larsen    on behalf of Debtor Patrick Burke rglarsen@mrmlaw.com
                                                                                        TOTAL: 3
```